Neama Rahmani (State Bar No. 223819)
 *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
 *ron@westcoasttriallawyers.com*
Sandra Acosta Tello (State Bar No. 315616)
 *sandra@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
STEVE TRAN

AMBER M. SPATARO, Bar No. 210942
*aspataro@littler.com*
ANGELA MEAKIN, Bar No. 297169
*ameakin@littler.com*
LITTLER MENDELSON, P.C.
One Newark Center
1085 Raymond Boulevard, 8th Floor
Newark, New Jersey 07102
Tel:   973.848.4700
Fax:   973.643.5626

Attorneys for Defendant
TOPCON HEALTHCARE SOLUTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TRAN, | Case No. 20-CV-04638-RS |
| Plaintiff, | *[Removed from Alameda County Superior Court, Case No. RG20063957]* |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TOPCON HEALTHCARE SOLUTIONS, INC., a Delaware Corporation, and DOES 1 through 250, | Complaint Filed: May 2, 2020 |
| Defendant. | Action Removed: July 14, 2020 |

*//*

-1-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that the action in its entirety, in consideration of a negotiated settlement, shall be dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1). The parties shall respectively bear their own attorney fees and costs.

Dated: July 23, 2021                                WEST COAST EMPLOYMENT LAWYERS, APLC

                                                    By: _____/s/_____
                                                            Ronald L. Zambrano, Esq.
                                                            Sandra Acosta Tello, Esq.
                                                            Attorneys for Plaintiff,
                                                            STEVE TRAN

Dated: July 23, 2021

                                                    By: _____/s/_____
                                                            Amber Spataro, Esq.
                                                            Angela E. Meakin, Esq.
                                                            Attorneys for Defendant,
                                                            TOPCON HEALTHCARE, INC.

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: __July 23rd, 2021__      _____
Honorable Richard Seeborg
Judge of the United States District Court,
Northern District

PROOF OF SERVICE